No. 733. WELCH INSURANCE AGENCY *v.* BRAST, COLLECTOR OF INTERNAL REVENUE. April 11, 1932. Peti-

tion for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. M. C. Hammond* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, J. Louis Monarch, John MacC. Hudson,* and *Wm. H. Riley, Jr.,* for respondent.